MARTIN CONLEY v. THE BOARD OF SUPERVISORS OF ST. CLAIR COUNTY.

*Drains—Jurisdiction of county commissioner—Assessment of taxes.*

Sections 4 and 7 of chapter 2 of the drain law of 1885 (3 How. Stat. §§ 1740*a*7, 1740*b*) are construed:

*a*—As giving to the county drain commissioner concurrent jurisdiction with the township drain commissioner of drains *entirely* within the latter's township.

*b*—As prohibiting the spreading of taxes for the construction of drains by such commissioner until all of the records thereof required to be made by him are filed with the county clerk.

---

*Mandamus.* Submitted November 10, 1891. Order to show cause denied November 11, 1891.

Relator, as county drain commissioner, constructed a drain in the township of Casco, under application made therefor. The special assessment roll for the expense of such construction was laid before the respondent, who refused to order the same spread upon the township assessment roll, for the following reasons:

1. Because, the drain being wholly within the township of Casco, the relator should have filed the papers relating thereto with the township clerk of said township, which was not done.

2. Because relator did not file the papers and records relating to said drain with the county clerk.

Whereupon relator applied for an order to show cause why respondent should not be directed to order such assessment.

*Henry P. Jenney,* for relator.

PER CURIAM. The tax cannot be levied in this case until all the records required by the statute (3 How. Stat. § 1740*a*9) are deposited and filed in the office of the county clerk.

The drain is entirely within the limits of the township of Casco, but the county drain commissioner has concurrent jurisdiction with the township drain commissioner in such cases. The records, however, if he acts, must be filed in the county clerk's office, and not with the township clerk.

3 How. Stat. § 1740*b*, provides that—

"No tax for the construction of a drain shall be spread upon the tax roll until all the records thereof, required to be made by such commissioner, are filed with the clerk."

This statute evidently refers to all drains, by whomsoever laid.

As it is admitted by the petition that the statute has not been complied with in this respect, the application for an order to show cause will be denied.